# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )
                                         )
          Plaintiff        )    CRIMINAL NO. _08-J8044_____
                                         )
                                         )    ORDER
        vs.                        )
                                         )    RELEASING MATERIAL WITNESS
_Luis Camargo-Lopez_                      )
                                         )    Booking No. 851 572
                                         )
       Defendant(s)               )
_____    )

**PETER C. LEWIS**

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore

committed to the custody of the United States Marshal as a material witness be

released from custody:   (Bond Posted / Case Disposed / Order of Court).

_Dario Chavez-Serezo_
_05882-298_
_@ ICJ_

DATED: _2/5/08_____

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____          OR
          DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _Serena Alvarez Romero_

Deputy Clerk