UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) ) | CRIMINAL NO. 08MJ8044 |
| vs. | ) ) ) | ORDER RELEASING MATERIAL WITNESS |
| Luis Camargo-Lopez | ) ) ) | Booking No. 881 571 |
| Defendant(s) | ) ) | |

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

Manuel Hernandez-Hidalgo
05878-298
@ 10=5

DATED: 2/5/08

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
　　　　　　DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
　　　　Deputy Clerk