```
 1  MARILYN B. GUNNER, ESQ. SB# 149540
    P.O. Box 605
 2  La Mesa, Ca.  91944-0605
    Telephone: (619) 461-8716
 3  Fax:       (619) 461-6795

 4  Attorney for Material Witnesses

 5
                       UNITED STATES DISTRICT COURT
 6                     SOUTHERN DISTRICT OF CALIFORNIA

 7

 8  UNITED STATES OF AMERICA,    )   Criminal Case No: 08cr0224 BEN
                                 )
 9             PLAINTIFF,        )   Magistrate No:   08mj8044 PCL
         V.                      )
10                               )
    LUIS CAMARGO-LOPEZ,          )
11                               )   PROOF OF SERVICE
               DEFENDANT.        )
12                               )
    _____)
13
```

   1.   I am a citizen of the United States and a resident of the County of San Diego; I am over the age of eighteen years and not a party to the entitled action; my business address is P. O. Box 605, La Mesa, California 91944.

   2.   On March 8, 2008, I served the document(s) described below as:

   EX PARTE APPLICATION TO EXONERATE BOND with Attachment, as to MW's CHAVEZ-CEREZO and HERNANDEZ-HIDALGO,

   BY ELECTRONIC FILING TO:

   All parties named in the Docket for service via ECF; John R. Fielding, Jr.: jfieldingattyatlaw@yahoo.com , dieacu@yahoo.com US ATTORNEY CR efile.dkt.gc2@usdoj.gov;

and the proposed Order to Exonerate the bond by E-mail to those same parties.


   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed March 8, 2008, San Diego, California.


                                      S/ MARILYN B. GUNNER
                                      Attorney for Material Witnesses
                                      E-MAIL: mgunner@cox.net